UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT A. GIBBS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>UNKNOWN,<br><br>　　　　　Respondent. | No.  2:21-cv-2023 CKD P<br><br><br>ORDER |

　　　　Petitioner, proceeding pro se, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  He has paid the filing fee.

　　　　The court requires all petitions for writ of habeas corpus be filed on the proper form which is provided by this court.  Petitioner did not use the proper form.  Moreover, the court may limit its review of the petition for relief to the information on the form only and need not consider any memoranda or attachments to the petition.  See Rule 2(c), Rules Governing § 2254 Cases.

　　　　In accordance with the above, IT IS HEREBY ORDERED that:

　　　　1. Petitioner's application for writ of habeas corpus (ECF No. 1) is dismissed with leave to amend within thirty days from the date of this order.

　　　　2. Any amended petition must be filed on the form employed by this court and must state all claims and prayers for relief on the form.  It must bear the case number assigned to this action, must bear the title "Amended Petition" and the form must be filled out accurately.

/////

1

      3. Failure to comply with this order will result in a recommendation that this action be dismissed.

      4. The Clerk of the Court is directed to send petitioner the form for habeas corpus application.

Dated: December 14, 2021

*/s/ Carolyn K. Delaney*
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/mp
gibb2023.100fee