UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT A. GIBBS,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>UNKNOWN,<br><br>　　　　　　Respondent. | No. 2:21-cv-02023-TLN-CKD<br><br>**ORDER** |

     Petitioner, proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

     On May 5, 2022, the magistrate judge filed findings and recommendations herein which were served on Petitioner and which contained notice to Petitioner that any objections to the findings and recommendations were to be filed within fourteen days.  (ECF No. 6.)  Petitioner has filed objections to the findings and recommendations.  (ECF No. 8.)

     In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the

///

///

///

1

Court finds the findings and recommendations to be supported by the record and by proper analysis.[1]

    Accordingly, IT IS HEREBY ORDERED that:

    1. The Findings and Recommendations filed May 5, 2022, (ECF No. 6), are adopted in full;

    2. Petitioner's Application for a Writ of Habeas Corpus is DISMISSED for failure to exhaust state remedies; and

    3. The Court declines to issue the Certificate of Appealability referenced in 28 U.S.C. § 2253.

**DATED: July 8, 2022**

---

Troy L. Nunley
United States District Judge

---

[1] The magistrate judge recommends that this action be dismissed for Petitioner's failure to exhaust state court remedies. In his objections, Petitioner asserts he was not able to file an appeal with respect to his claims. Even if that is that case, Petitioner does not point to anything suggesting he properly submitted his claims to the California Supreme Court via California's process for collateral review, Cal. Penal Code §§ 1473–1509.1.

2